295 N.Y.S. 629, affirmed by Court of Appeals, 279 N.Y. 560, 18 N.E.2d 854; Town of Benson v. Johnston County, 209 N.C. 751, 185 S.E. 6; City of Paducah v. Commonwealth, 297 Ky. 107, 178 S.W.2d 982; City of Covington v. Commonwealth, 107 Ky. 680, 39 S.W. 836; Shelby County v. McCanless, Tenn.Sup., 163 S.W.2d 63; School District of Ft. Smith v. Howe, 62 Ark. 481, 37 S.W. 717.

Relator, on the other hand, contends that under the facts of this case the property involved here is used by the City of Austin for public purposes and therefore is exempt from taxation.

In view of the provision of our Constitution relating to this question, it would serve no useful purpose to indulge in a general discussion of the rule as applied in other jurisdictions. For a general discussion of the rule as applied elsewhere the following annotations of cases are cited: 3 A.L.R. 1435; 101 A.L.R. 787; 129 A.L.R. 480.

That the property involved here is public property, is held for public purposes, and is exempt from taxation by virtue of the provision of the Constitution, is amply supported by the decisions of this State. A. & M. Consolidated Independent School District v. City of Bryan, Tex.Sup., 184 S.W.2d 914; City of San Antonio v. Earnest, Tex.Sup., 188 S.W.2d 775; Galveston Wharf Co. v. City of Galveston, 63 Tex. 14; City of Abilene v. State, Tex.Civ. App., 113 S.W.2d 631, writ dismissed; State v. City of Houston, Tex.Civ.App., 140 S.W.2d 277, writ refused.

The mandamus will issue as prayed for.

## BROCK v. STATE.
### No. 23226.

Court of Criminal Appeals of Texas.

Nov. 21, 1945.

Horace H. Shelton, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for wilfully burning personal property of another; the punishment, a fine of $125.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.